UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/o<br>WEST FLOOR COVERING, INC.,<br>Plaintiff | : | |
| vs. | : | C.A. No. 05-233T |
| WHITE & CARR, INC. and<br>HANOVER INSURANCE COMPANY<br>Defendants | : | |

**VOLUNTARY DISMISSAL PURSUANT TO**
**Fed. R. Civ. P. Rule 41(a)(1)**

The plaintiff, United States of America For the Use and Benefit of West Floor Covering, Inc., hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. Rule 41(a)(1). The plaintiff states that no adverse party has entered an appearance, filed an answer or filed a motion for summary judgment in this proceeding.

UNITED STATES OF AMERICA
For the Use and Benefit of
WEST FLOOR COVERING, INC.
By its Attorneys,
CARROLL KELLY & MURPHY

Patricia A. Buckley

PATRICIA A. BUCKLEY # 2987
400 Turks Head Building
Providence, RI 02903
Phone: (401) 331-7272
Fax: (401) 331-4404

Dated: August 19, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/23/05